Albert W. Hempel, Plaintiff-Appellee and Cross-Appellant, v. Henry Krueger, Eleanor Krueger, David Krueger and Henry Krueger, As Executor of the Estate of Anna Krueger, Deceased, Defendants-Appellants and Cross-Appellees, and Joseph Siegel and Sonia Siegel, Defendants and Cross-Appellees.

Gen. No. 49,920.

First District, Second Division.
November 2, 1965.
Rehearing denied January 4, 1966.

Lester B. Marshall, of Chicago, for appellants and cross-appellees; Lord, Bissell & Brook, of Chicago (Stephen A. Milwid and Harold L. Jacobson, of counsel), for defendants and cross-appellees; and Ruff and Grotefeld, of Chicago, for appellee and cross-appellant. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.